UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                :

In re Application of

THE REPUBLIC OF TÜRKIYE,

                                             25 Misc. 148 (JPC)

Applicant for an Order pursuant to
28 U.S.C. § 1782 to Conduct Discovery               ORDER
for use in Foreign Proceedings

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Clerk of Court is respectfully directed to seal the materials at Docket Number 1-5 (Exhibit 5).  This sealing is without prejudice to Applicant The Republic of Türkiye requesting to unseal the materials following the resolution of Cevdet Turkyolu's forthcoming motion in *In Re: Application of The Republic of Türkiye*, 24 Misc. 557 (JPC) (S.D.N.Y. Dec. 3, 2024).

      SO ORDERED.

Dated: April 11, 2025
       New York, New York

                                                      JOHN P. CRONAN
                                               United States District Judge