UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                          :

In re Application of                  :

                          :

THE REPUBLIC OF TÜRKIYE,     :

                          :        25 Misc. 148 (JPC)

Applicant for an Order pursuant to   :

28 U.S.C. § 1782 to Conduct Discovery  :         ORDER

for use in Foreign Proceedings    :

                          :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For substantially the same reasons set forth during the April 11, 2025, teleconference, *see*

Dkt. 7, the Clerk of Court is respectfully directed to seal Docket Number 1-3 (Exhibit 3 to

Applicant The Republic of Türkiye's petition pursuant to 28 U.S.C. § 1782).  By September 2,

2025, the parties are directed to submit a redacted version of this document in accordance with

Rule 4(B)(ii) of this Court's Individual Rules and Practices.  This sealing is without prejudice to

Applicant The Republic of Türkiye requesting to unseal those materials following the resolution

of *In Re: Application of The Republic of Türkiye,* No. 24 Misc. 557 (JPC) (S.D.N.Y.).

       SO ORDERED.

Dated:  August 25, 2025               _____
      New York, New York                   JOHN P. CRONAN
                                    United States District Judge