UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
In re Application of :
:
THE REPUBLIC OF TÜRKIYE, :
: 25 Misc. 148 (JPC)
Applicant for an Order pursuant to :
28 U.S.C. § 1782 to Conduct Discovery : ORDER
for use in Foreign Proceedings :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Interested party Cevdet Turkyolu has proposed certain redactions to materials in this record. *See* Dkts. 15, 17.  On September 3, 2025, this Court ordered Mr. Turkyolu to "file a letter further explaining why his proposed redactions . . . satisfy the standard set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006)." Dkt. 16.  Mr. Turkyolu filed that letter on September 8, 2025, explaining that under the *Lugosch* standard, the "presumption of public access is low" because the redactions "concern a discovery dispute"; the redactions "protect Mr. Turkyolu's sensitive financial information"; and the redactions "are narrowly tailored" because they "concern only a handful of sentences" and "would not foreclose Turkey from moving to unseal the Proposed Redactions pending the definitive outcome of" a related case.  Dkt. 17 at 2-3.

The Court agrees that redactions are appropriate under *Lugosch*, albeit in slightly narrower form.  To that end, the following materials shall be redacted:

- Dkt. 1 ¶ 7: the words beginning after "counsel" through the end of the paragraph.

- Dkt. 1 ¶ 8: the words between "These" and "were."

- Dkt. 1-2 ¶ 6: the words beginning after "Kurulu) has" through the end of the paragraph.

- Dkt. 1-2 ¶ 7: the words beginning after "issued for" through the end of the paragraph.

- Dkt. 2, page 2: the words beginning after "possession of" through the end of the paragraph.

- Dkt. 2, page 2: the words between "relating to" and "transactions to."

- Dkt. 2, page 2: the words between "others used" and "Respondent TD."

- Dkt. 17, page 3: the words between "relating to" and "to, from."

- Dkt. 17, page 3: the words between "seeking" and "Turkey certifies."

The Clerk of Court is respectfully directed to seal Docket Number 1, Docket Number 1-2 (Exhibit 2 to Applicant The Republic of Türkiye's petition pursuant to 28 U.S.C. § 1782), Docket Number 2, and Docket Number 17. By September 15, 2025, the parties are directed to file on the public docket a version of these documents as redacted under this Order. Each party should file a redacted version of the document it originally filed. This sealing is without prejudice to Applicant The Republic of Türkiye requesting to unseal those materials following the resolution of *In Re: Application of The Republic of Türkiye,* No. 24 Misc. 557 (JPC) (S.D.N.Y.).

SO ORDERED.

Dated: September 11, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge